**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| MARTIN MALBERG,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT CASHEN, et al.,<br><br>            Defendants. | Case No.  22-cv-03769-BLF<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before October 14, 2022, why Defendants Christine Guerra and Temo Gonzalez should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated:  September 30, 2022

BETH LABSON FREEMAN
United States District Judge